**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Adolfo BECERRA–PLAZOLA,\***
**Defendant—Appellant.**

No. 03–10277.

D.C. No. CR–03–00203–FRZ/BPV.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2004.\*\*

Decided June 21, 2004.

Raquel Arellano, Christina M. Cabanillas, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Before HALL, LEAVY and FISHER, Circuit Judges.

MEMORANDUM\*\*\*

Adolfo Becerra–Plazola appeals his guilty-plea conviction and 37–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Becerra–Plazola's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief.

Our examination of the briefs and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

\* The Clerk shall amend the caption to reflect the correct spelling of appellant's name.

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.